UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| AMANDA MARTIN, as Administratrix of the Estate of William Joseph Martin, *et al.*, </br></br>　　　　Plaintiffs, </br></br>v. </br></br>MARION COUNTY SHERIFF'S DEPARTMENT, *et al.*, </br></br>　　　　Defendants. | Civil Action No. 3:23-CV-145-CHB </br></br></br></br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court, having been advised by Magistrate Judge Regina S. Edwards that a settlement has been reached on all matters in this case, [R. 79], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**, with leave to reinstate within thirty (30) days if the settlement is not consummated.

2. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

This the 20th day of August, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record